BREGMAN, Respondent, v. KRESS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 3, 1902.) Action by Joseph Bregman against August

Kress and another. No opinion. Order reversed on argument, with $10 costs and disbursements, and motion granted, with $10 costs.